UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

CHARLES BLACKMAN,

Plaintiffs,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------x

**MEMORANDUM & ORDER**
24-CV-5840 (EK)(MMH)

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Henry's Report and Recommendation (R&R) dated October 7, 2026. ECF No. 16. Judge Henry recommends that (1) Osborn Law P.C.'s motion for attorneys' fees be granted; (2) Osborn Law P.C. be awarded $7,070.00 in attorneys' fees pursuant to 42 U.S.C. § 406(b), to be paid from plaintiff's past-due benefits; and (3) within seven days of receipt of the Section 406(b) attorneys' fees award, Osborn Law P.C. refund to plaintiff $1,100.00 for the attorneys' fees it was awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Henry's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, Osborn Law P.C.'s motion for attorneys' fees is granted. Osborn Law P.C. is awarded $7,070.00 in attorneys' fees pursuant to 42 U.S.C. § 406(b), to be paid from plaintiff's past-due benefits. Within seven days of receipt of the Section 406(b) attorneys' fees award, Osborn Law P.C. shall refund to plaintiff $1,100.00 for the attorneys' fees it was awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: October 26, 2026
Brooklyn, New York